# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.                          CRIMINAL NO. 2006-10116-RGS

ROBERT PROSPERI,
GREGORY A. STEVENSON,
GERARD M. McNALLY,
MARC J. BLAIS,
JOHN J. FARRAR,
KEITH H. THOMAS,
        Defendants.

# *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

12/22/2006 - 1/4/2007 - Excluded as per L.R. 116.2(A)(3).

1/9/2007 - Conference held.

1/10 - 2/9/2007 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of February 9, 2007, THIRTY-ONE (31) non-excludable days will

have occurred leaving THIRTY-NINE (39) days left to commence trial so as to

be within the seventy-day period for trial set by statute.


/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

January 9, 2007.