# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                                  CRIMINAL NO. 2006-10116-RGS

ROBERT PROSPERI,
GREGORY A. STEVENSON,
GERARD M. McNALLY,
MARC J. BLAIS,
JOHN J. FARRAR,
KEITH H. THOMAS,
      Defendants.

## ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C))

COLLINGS, U.S.M.J.

    Counsel are directed to report for a Final Status Conference pursuant to Local Rule 116.5(C) on **FRIDAY, MARCH 9, 2007 AT 11:30 A.M.** at Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts before the undersigned.  If counsel files, **on or before the close of business on WEDNESDAY, MARCH 7, 2007,** a statement to the effect that his or her client will offer a change of plea to the charge(s)

contained in the Indictment, the conference shall be canceled as to that defendant.

Pursuant to Local Rule 116.5(C), if counsel has not filed a statement on behalf of his client as per the preceding paragraph, counsel for the defendant(s) shall confer with the Assistant U.S. Attorney and, *no later than 12 Noon on THURSDAY, MARCH 8, 2007,* file[1] a joint memorandum addressing all of the issues listed in Local Rule 116.5(C)(1) through (9) and any other issue relevant to the progress of the case.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 9, 2007.

---

[1] Counsel shall, at the same time, deliver a copy of the Joint Memorandum to Noreen Russo, Esquire, Courtroom Deputy Clerk to my session.